# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| **AUTUMN SKYE KELLEY** | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 5:15cv103** |
| | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY ADMINISTRATION** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff Autumn Syke Kelley brought this appeal under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner denying her claim for disability insurance benefits and supplemental security income. The Court referred this matter to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. Before the Court is the Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions and recomo endation for the dispos ion of this action. Docket No015.

The Report and Recommendation, issued on August 2, 2016, recommends that the Commissioner s decision be reversed and remanded because the record does not show that substantial evidence supports the Commissioner's eqpenwukqp that Plaintiff is not disabled. *Id*. at 17. No objections to the Report and Recommendation were filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report cpf "Tgeqo o gpf cvkqp" of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby **ORDERED** that Plaintiff's above-entitled Social Security action is hereby **REVERSED** and **REMANDED**. It is further **ORDERED** that all motions not previously ruled on are **DENIED**, and the referral order is **VACATED**.

**So ORDERED and SIGNED this 26th day of September, 2016.**

*[signature: Robert W Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE